UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,           (Case No. 1:22-cr-20187-7)
v.                                         Case No. 1:24-mc-50151

MICHAEL ALLEN PRATT,

                                                 Honorable Thomas L. Ludington
           Defendant,          United States District Judge

and

DEVICA THOMPSON-PRATT,

           Petitioner.
_____/

**ORDER DISMISSING WITHOUT PREJUDICE DEFENDANTS AND COUNSEL FROM MISCELLANEOUS CASE DOCKET**

In July 2023, Defendant Michael Allen Pratt pleaded guilty to one count of conspiracy to possess with intent to distribute and to distribute cocaine, in violation of 21 U.S.C. § 846 and 841(a)(1). *United States v. Delgado et al.*, No. 1:22-CR-20187 (E.D. Mich. July 30, 2013), ECF No. 419. Six months later, Defendant was sentenced to a term of 30 months of imprisonment, and a stipulated preliminary order of forfeiture was entered which forfeited to the Government Defendant's interest in the U.S. currency, firearms, magazines, and ammunition seized from a house he shared with his wife. *United States v. Delgado et al.*, No. 1:22-CR-20187 (E.D. Mich. Jan. 4, 2024), ECF Nos. 562; 563.

On February 15, 2024, Defendant's wife, Petitioner Devica Thompson-Pratt, filed a Petition for Return of Seized Property, arguing the U.S. currency Defendant forfeited should be returned to her because it was her money, *not* her husband's. ECF No. 1. Upon receipt of the Petition, the Clerk's Office opened a new miscellaneous case, but mistakenly named the 14

Codefendants from Defendant's underlying criminal case as parties in the new miscellaneous case. But those 14 Codefendants are not involved in this matter, as the Petition only pertains to Petitioner Devica Thompson-Pratt and her husband, Defendant Michael Allen Pratt. Therefore, the 14 Codefendants from Defendant's underlying criminal case and their counsel will be dismissed from this miscellaneous case.

Accordingly, it is **ORDERED** that the following Defendants are **DISMISSED WITHOUT PREJUDICE** from Case Number 1:24-mc-50151, and their listed Counsel will no longer receive electronic filings in this matter:

| DEFENDANT | COUNSEL |
|---|---|
| Ricardo Delgado II | Edward Martell and Rodney J. O'Farrell |
| Gregory Martin Hayes | Alan A. Crawford |
| Austin Antonio Saucedo | Mohammed A. Nasser |
| Jonathan Ortiz Coronado | Barry A. Wolf |
| Aristeo Vincente Delgado | Alexandria J. Taylor |
| Adam Juan Rosas | Jeffrey J. Rupp |
| Charles Ellis Parks | Charles O. Longstreet II |
| Jarquaze Anthony Townsend | Patrick E. Nyenhuis and Ray E. Richards |
| Teyana Lhajuan Frills | Russell J. Perry Jr. |
| Antwon Shivers | Mark A. Gatesman |
| Aristeo Rudea Robelin | Kimberly W. Stout and Mitchell T. Foster |
| Cecil Peoples | Ebony L. Ellis |
| Dominic Deontral Riley | Sanford A. Schulman |
| Anthony Dean Watson | Major J.C. White |

Dated: July 8, 2024

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge